UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JOSE QUEZADA and on behalf of himself and all others similarly situated, | Case No. 20-cv-10464 (GHW) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against - | |
| UNIVERSAL SCREEN ARTS, INC., | |
| Defendant. | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Peter T. Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as attorney for the defendant Universal Screen Arts, Inc. and requests that all papers be served upon him and all communications herein be directed to him.

Dated:    New York, New York
             February 8, 2021

                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              BY:    /s/ Peter T. Shapiro
                                      Peter T. Shapiro
                                      *Attorneys for Defendant*
                                      77 Water Street, Suite 2100
                                      New York, NY  10005
                                      (212) 232-1300
                                      Peter.Shapiro@lewisbrisbois.com

4815-7345-8395.1

## CERTIFICATE OF SERVICE

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on February 8, 2021 he caused his Notice of Appearance to be filed and served by ECF.

                                        /s/ Peter T. Shapiro
                                          Peter T. Shapiro