

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

February 8, 2021

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Quezada v. Universal Screen Arts, Inc.*
                Case No. 20-cv-10464-GHW

Dear Judge Woods:

    I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request that the time for defendant to move, answer, or otherwise respond to the Complaint be extended from February 10, 2021 to March 12, 2021. The basis for this request is that I was just retained as counsel and am assessing the plaintiff's allegations with my client. This is defendant's first request for an extension of time to respond to the Complaint. My notice of appearance is being filed today.

    Thank you for your attention to this matter.

                                    Respectfully,

                                    *Peter T. Shapiro*

                                    Peter T. Shapiro of
                                    LEWIS BRISBOIS BISGAARD &
                                    SMITH LLP

cc:    Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4840-7935-3051.1