

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

March 15, 2021

**VIA ECF**
Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Quezada v. Universal Screen Arts, Inc.*
    Case No. 20-cv-10464-JLC

Dear Judge Cott:

  I am counsel for Defendant. I write with the consent of Plaintiff's counsel to advise that the parties have settled this matter in principle and to request that the court extend the deadline to answer or otherwise respond to the Complaint. We are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree to the Court for approval within the next 30 days. The Consent Decree would address the ADA access issues raised by the Complaint. We request that the Court also extend all case deadlines in view of the settlement in principle. Thank you for your attention to this matter.

              Respectfully,

              *Peter T. Shapiro*

              Peter T. Shapiro of
              LEWIS BRISBOIS BISGAARD &
              SMITH LLP

  cc: Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4837-0251-6192.1